**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SCOTT L. APEL,
    Plaintiff,

vs.                                 Case No. 3:07cv462/MCR/EMT

PAUL HAWK, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 27, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed, if any.

    Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    **DONE AND ORDERED** this 7th day of December, 2007.

                                                  *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS
                                                UNITED STATES DISTRICT JUDGE**